IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00360-GCM

APEX REAL ESTATE INC.
LEONARD RAY WATTS,

    Plaintiff,

v.

GINN CORP
WILMINGTON RESORT AND CLUB LLC
EDWARD BOBBY GINN,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Franklin I. Ogele (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Ogele is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs Apex Real Estate Inc. and Leonard Ray Watts.

**IT IS SO ORDERED**.

Signed: April 25, 2024

Graham C. Mullen
United States District Judge